# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Andrew John Davidson<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 6:25-mj-00028-HBK<br>)<br>)<br>)<br>) |

**FILED**
Jul 21, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 20th, 2025__ in the county of __Mariposa__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 113(a)(5) | Whoever, within the special maritime and territorial jurisdiction of the United States, is guilty of an assault shall be punished as follows: Simple assault, by a fine under this title or imprisonment for not more than six months.<br><br>Maximum penalty: 6 months imprisonment and/or $5,000 fine |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Grace Cadigan, United States Park Ranger
*Printed name and title*

Sworn to me in accordance with Fed.R.Crim.P. 4.1.

Date: July 21, 2025

_____
*Judge's signature*

City and state:  Yosemite, Ca

Helena M. Barch-Kuchta, US Magistrate Judge
*Printed name and title*

KIMBERLY SANCHEZ
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| V. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| Andrew John Davidson | |

1. I, Ranger Grace Cadigan, being first duly sworn, hereby depose and state as follows:

I.  **INTRODUCTION AND AGENT BACKGROUND**

2. I am a commissioned Law Enforcement Officer with the National Park Service. I have 3 years of experience as a Law Enforcement Officer for the National Park Service. I was trained in conducting investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. I have training and experience in investigating crimes against persons and making arrests based on probable cause.

3. This affidavit is based on the following facts and information observed by me and/or provided to me by other National Park Service Law Enforcement Rangers. This affidavit establishes probable cause that Andrew John DAVIDSON ("DAVIDSON") committed the following offenses:

   A. 18 U.S. Code § 113 (a)(5), *Whoever, within the special maritime and territorial*

AFFIDAVIT

*jurisdiction of the United States, is guilty of an assault shall be punished as follows: Simple assault, by a fine under this title or imprisonment for not more than six months.*

**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

## II JURISDICTION

4. The facts set forth in this affidavit occurred within Yosemite National Park. Yosemite National Park is an area of federally owned public land administered by the National Park Service. Yosemite National Park is an area of the Special Maritime and Territorial Jurisdictions of the United States as defined by 16 U.S.C. Section 57 "Yosemite, Sequoia, and General Grant National Parks; exclusive jurisdiction of United States" and by 18 U.S.C. Section 7 (3) "Special maritime and territorial jurisdiction of the United States defined." The facts set forth in this affidavit occurred within Mariposa County, California. Mariposa County is within the Eastern District of California.

## III PROBABLE CAUSE

1. On July 20, 2025, at approximately 10:28AM, I received a radio call from the Yosemite Emergency Communications Center (YECC). The YECC advised me that in room 3410 of the Hemlock building at the Yosemite Lodge, a father hit their 13-year-old child (Victim 1) in the face causing injury to the face and eye. While responding to the incident, the YECC informed rangers that DAVIDSON was no longer in the room with Victim 1 and his 10-year-old sister (Victim 2), and that his whereabouts were unknown.

There was no physical description given for DAVIDSON.

2. I arrived at the Hemlock Building at 10:29 AM and contacted Victim 1 shortly after. I observed Victim 1 crying and distraught with an abrasion under his right eye. His eye was bloodshot and there was some swelling and bruising present. Victim 1 said that it was just him and Victim 2 in the room. I entered the room to interview the children. When I asked Victim 1 what happened he stated, "my dad got really mad and then he attacked me, and then I tried to push him away, and then he punched me, and then he went away, and I don't know where he is".

AFFIDAVIT

1      3.    Victim 1 said that DAVIDSON gets angry a lot and that he tries to hit them but he "doesn't really" hit them. I was able to get a general physical description of DAVIDSON. The kids said that he was a white male, about 6'0 feet tall, with brown hair and thin build with no known weapons. Victim 1 stated that when DAVIDSON left, he told the children they have a tour at 11 and Victim 1 said that he was probably there. When I asked Victim 1 how DAVIDSON hit him, he said he used an open hand to slap him and a closed fist to punch him. I then escorted both children to the ambulance in front of the building for a medical assessment. I contacted Victim 1's mother, Anna Hernandez, and informed her about the incident. She said that DAVIDSON is uncontrollable at times, but he has never hit like this.

    4.    At approximately 10:52 AM, Ranger Blade and Ranger Getz located a subject that matched the physical description given. DAVIDSON came up to ask the rangers if they were looking for him and that's when he was detained. I mirandized DAVIDSON at 10:56AM. DAVIDSON did not waive his rights and decided that he wanted to wait for a lawyer to be present.

    5.    Based on the interview with Victim 1 and the visible marks on Victim 1's face, I developed probable cause DAVIDSON violated 18 U.S. Code § 113 (a)(5) Simple assault, when he used an open hand to slap his son in the face before he used a closed fist to strike his son in the face. DAVIDSON was arrested and transported to Mariposa County Jail for booking.

    6.    At approximately 07:55PM, Anna Hernandez arrived to pick up her children. During an interview, Hernandez stated that DAVIDSON is an aggressive person who has tried to hit his children before. Hernandez stated that he is verbally abusive, and she has had to physically get in between DAVIDSON and her children to stop him from hitting them.

    7. With consent from Hernandez, I interviewed each child individually with Hernandez present. When I asked Victim 1 to tell me what happened, he continued to state the following: "he got super angry, slapped me, I tried to push him away. He came and tried to attack me, which he did, and I went on the bottom bunk bed and then he punched my face and tried to hurt me, and then he just left"

AFFIDAVIT

8. At approximately 08:54 PM, I concluded interviews, and the family left for their accommodations for the night.

Respectfully submitted,

_____
Ranger: Grace Cadigan
United States Park Ranger
Yosemite National Park, CA

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3). Subscribed and sworn to before me on: July 21, 2025.

_____
Hon. HELENA M. BARCH-KUCHTA
U.S. MAGISTRATE JUDGE

Approved as to content and form by:

/s/ Briana M. Vollmer
Briana M. Vollmer Law Enforcement Specialist (Acting)

AFFIDAVIT