Daniel B. Olmos (CA SBN 235319)
Christopher Wheless (CA SBN 348492)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, CA  95616
(P) 650-326-2980
(F) 650-326-9704
(E) dolmos@nbo.law

Counsel for Defendant
Andrew John Davidson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW JOHN DAVIDSON,<br><br>Defendant. | Case No. 6:25-mj-00028-HBK<br>6:25-cr-00004-HBK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Arin Heinz, and Defendant Andrew John Davidson, through his attorney Daniel Olmos, that the status hearing in this matter be continued from August 12, 2025, to September 16, 2025.  The undersigned defense counsel was just recently retained to represent Mr. Davidson and needs additional time to prepare his client's defense.  *See* Docket No. 7.

The parties further agree and request that the Court order for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which the trial of this case must commence, that the time period between August 12, 2025, to and including the September 16, 2025, status hearing, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4 to allow defense counsel reasonable time to prepare his client's defense.

---

*United States v. Davidson*, Case No. 6:25-mj-00028-HBK
Stipulation and [Proposed] Order to Continue Status Hearing

For the foregoing reasons, the parties stipulate to continue the status conference to September 16, 2025, at 10:00 a.m.

IT IS SO STIPULATED:

Dated: August 1, 2025                                   NOLAN BARTON OLMOS & LUCIANO, LLP


                                                        */s/ Daniel B. Olmos*
                                                        Daniel B. Olmos
                                                        Attorney for Defendant Andrew John Davidson


Dated: August 1, 2025                                   KIMBERLY SANCHEZ

                                                        United States Attorney


                                                        */s/ Arin Heinz*
                                                        Arin Heinz
                                                        Assistant United States Attorney

---

*United States v. Davidson*, Case No. 6:25-mj-00028-HBK
Stipulation and [Proposed] Order to Continue Status Hearing

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW JOHN DAVIDSON,<br><br>Defendant. | Case No. 6:25-mj-00028-HBK<br>          6:25-cr-00004-HBK<br><br>**ORDER TO CONTINUE STATUS HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Andrew John Davidson be continued to September 16, 2025, at 10:00 a.m.  It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between August 12, 2025, to and including the September 16, 2025 status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated:   August 5, 2025

*(signature)*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE