UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW JOHN DAVIDSON,<br><br>Defendant. | Case No. 6:25-cr-00004-HBK<br><br>ORDER GRANTING MOTION TO CONTINUE STATUS HEARING<br><br>(Doc. No. 12) |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Andrew John Davidson be continued to October 31, 2025, at 10:00 a.m. It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between September 16, 2025, to and including the October 31, 2025, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated:   September 11, 2025

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE