UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW JOHN DAVIDSON,<br><br>Defendant. | Case No. 6:25-cr-00004-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE STATUS HEARING<br><br>(Doc. No. 14) |

Finding good cause and pursuant to stipulation by the parties, it is hereby ordered that the status hearing for Defendant Andrew John Davidson be CONTINUED to **December 9, 2025, at 10:00 a.m. in Yosemite.** It is further ordered that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between October 31, 2025, to and including the December 9, 2025, status hearing be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and B(iv) and Local Code T4.

Dated:   October 30, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE